

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
12/05/2020

| IN RE: | § | |
|---|---|---|
| SNAP KITCHEN INVESTMENTS, LLC; | § | Case No. 20-60083 |
| SNAP KITCHEN MANAGEMENT, LLC; | § | Case No. 20-60088 |
| SNAP KITCHEN SERVICES, LLC; | § | Case No. 20-60090 |
| SNAP KITCHEN DALLAS, LLC; | § | Case No. 20-60086 |
| SNAP KITCHEN #1, LLC; | § | Case No. 20-60084 |
| SNAP KITCHEN #2, LLC; | § | Case No. 20-60082 |
| SNAP KITCHEN #3, LLC; | § | Case No. 20-60089 |
| SNAP KITCHEN #5, LLC | § | Case No. 20-60085 |
| SNAP KITCHEN PHILADELPHIA, LLC; | § | Case No. 20-60087 |
| Debtors. | § | |

## ORDER FOR JOINT ADMINISTRATION

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following is hereby ordered:

1. The above-captioned cases are hereby jointly administered by this Court for procedural purposes only, and nothing contained in this Order shall be deemed or construed as directing a substantive consolidation of the above-captioned cases;

2. All orders, pleadings, papers and documents, except proofs of claim shall be filed and docketed in case number 20-60083-11 (the "Lead Case");

3. All proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate;

4. The Debtors may use a consolidated list of thirty (30) unsecured creditors holding the largest claims against one or more of the Debtors;

5. All pleadings, papers, and documents filed in the Lead Case shall bear the caption as show immediately below:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-60083 |
| | § | |
| SNAP KITCHEN INVESTMENTS, LLC, *et al.*, | § | Chapter 11 |
| | § | Subchapter V |
| Debtors.[1] | § | |
| | § | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Snap Kitchen Investments, LLC (4938); Snap Kitchen Management, LLC (4886); Snap Kitchen Services, LLC (4910); Snap Kitchen Dallas, LLC (6157); Snap Kitchen #1, LLC (4938); Snap Kitchen #2, LLC (4948); Snap Kitchen #3, LLC (4589); Snap Kitchen #5, LLC (4635); Snap Kitchen Philadelphia, LLC (9116).

6. One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent;

7. Parties may request joint hearings on matters pending in any of the jointly administered cases;

8. If pleadings, papers, or documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file the pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

9. The Clerk shall cause to be made a docket entry in each non-Lead Case as follows:

> The Bankruptcy Court has entered an order in accordance with Federal Rule of Bankruptcy Procedure 1015(b) that provides for the joint administration of the Chapter 11 cases of Snap Kitchen Investments, LLC, *et al.* and its debtor-in-possession affiliate.  The docket in Case No. 20-60083-11 should be consulted for all matters affecting the above-listed cases, which includes this case. Notwithstanding said joint administration, proofs of claims are to be filed in each debtor's separate case.

3

10. The Clerk shall file a copy of this order in the Lead Case and each of the member cases.

Signed: December 04, 2020

_____
Christopher Lopez
United States Bankruptcy Judge